ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA __INDIANAPOLIS__ DIVISION

LAMARR T. CRITTENDEN )
Plaintiff )
)
v. )
)
DR. MICHAEL MITCHEFF )
Defendant(s) )

Case No. __1:20-cv-2159-RLY-DML__
(to be filed out by the clerk's office)

VERIFIED
COMPLAINT FOR A CIVIL ACTION

**FILED**
4:19 pm, Aug 14, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: __LAMARR T. CRITTENDEN__

All other names by which you have been known: __N/A__

Id Number: __148648__

Current Institution: __New Castle Correctional Facility__

Address __P.O. Box A, 1000 Van Nuys Rd.__
__New Castle__, __In__ __47362__
City, State, Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (*if known*) and check

1

whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name: _Dr. Michael Mitcheff_

Job or title _Regional Medical Director - at time of Complaint_

Street Address: _9245 N. Meridian St., Sweet 111_

City and County: _Indianapolis, Marion County_

State and Zip Code _Indiana, 46260_

☑ Individual capacity ☑ Official Capacity

**Defendant No. 2**

Name: _____

Job or title _____

Street Address: _____

City and County: _____

State and Zip Code _____

☐ Individual capacity ☐ Official Capacity

II. **Basic for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens* v. six Unknown named agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply)

☐ Federal officials (a *Bivens* claim)

☑ State or local official (a §1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights,

2

privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. §1983. If you are suing under this section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_8th Amendment Violation - Deliberate Indifference Claim_

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_N/A_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_Dr. Michael Mitcheff acted Under Color of State Law, as an Employer Under Contract threw the I.D.O.C.'s Contract With Wexford Medical Services of Indiana as The Medical Provider for I.D.O.C. Offenders._

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other (explain) _____

3

## IV. Statement of claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

NA

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Dr. Mitcheff advised and Ordered that a Restriction be put on my Prescription Pain Medication - "See Attatchment to Civil Complaint

C. What date and approximate time did the events giving rise to your claim(s) occur?

See "Attatchment To Civil Complaint"

D. What are the facts underlying your claim(s) ? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

"See Attatchment To Civil Complaint"

4

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Was denied prescription paid medication and told to non prescription pain medication off of commissary. "See Attatchment."

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Seeking Injunctive Relief, Declaretive Relief, and Monetary Relief for inadequate medical care along with punitive damages. "See attatchment.

## VII. Exhaustion of Administrative Remedies Administrative Procedure

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in jail, prison, or other correctional facility?

Yes ☑

No ☐

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

New Castle Correctional Facility
P.O. Box A 1000 Van Nuys Rd.
New Castle, In 47362

5

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure.

Yes ☑

No ☐

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

Yes ☑

No ☐

☐ Do not know

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

Yes ☑

No ☐

E. If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ☐

No ☐

If you did file a grievance:

1. Where did you file the grievance?
   At New Castle Correctional Facility, P.O. Box A, 1000 Van Nuys Rd., New Castle, In 47362

2. What did you claim in your grievance?
   The same allegations that I raised in this civil complaint, that I was denied prescription pain medication.

6

3. What was the result, if any?

   _It was denied_

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   _I appealed the formal Grievance all the way down state_

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

      _N/A_

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

      _N/A_

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   _None_

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

7

VIII.   Previous Lawsuits

The "three strikes rule " bars a prisoner from bringing a civil action or appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1995(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

Yes ☐

No ☑

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in in this action?

Yes ☑

No ☐

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one Lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)    _Lemerr T. Crittenden_

   Defendant(s)    _Bruce D. Ippell "et.cl."_

8

2. Court (*if federal court, name the district; if state court, name the county and State*)

   United States District Court, Southern District Of Indiana, Indianapolis, ~~●~~ Division

3. Docket or index number  1:18-CV-2897-~~JRS~~-MPB  *(JPH written above)*

4. Name of Judge assigned to your case  James Patrick Hanlon

5. Approximate date of filing lawsuit  September 19th, 2018

6. Is the case still pending

   Yes ☑

   No ☐

   If no, give the approximate date of disposition. _____

7. What was the result of the case? (*For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*)

   N/A

C. Have you filed other lawsuits in the state or federal court otherwise relating to the conditions of your imprisonment?

   Yes ☐

   No ☑

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

   1.  Parties to the previous lawsuit

       Plaintiff(s)  N/A.

9

Defendant(s) _____

2. Court (*if federal court, name the district; if state court, name the county and State*)

    *N/A*

3. Docket or index number  *N/A*

4. Name of Judge assigned to your case  *N/A*

5. Approximate date of filing lawsuit  *N/A*

6. Is the case still pending

    Yes ☐

    No ☐

    If no, give the approximate date of disposition.  *N/A*

7. What was the result of the case? (*For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*)

    *N/A*

IX. Certification and Closing, *and Verification*
*I Verify*
Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further

10

investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing _August 6th, 2020_

Signature of Plaintiff _Lamar Crittenden_

Printed Name of Plaintiff _Lamar T. Crittenden_

Prison Identification# _148648_

Prison Address _P.O. Box, 1000 Van Nuys Rd._
_New Castle, In  47362_
     City  State  Zip Code

B.  **For Attorneys**

Date of signing _____

Signature of Attorney_____

Printed Name of Attorney _____

Prison Identification# _____

Bar Number _____

Prison Address _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-Mail Address _____

11