UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LAMARR T. CRITTENDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-02159-RLY-DML |
| MICHAEL MITCHEFF, | ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

The court having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT against the plaintiff and for the defendant. This action is dismissed with prejudice.

Date: 9/28/2022

ROGER A. G. SHARPE, Clerk of Court

By: _____
 Deputy Clerk

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

LAMARR T. CRITTENDEN
422 E Washington St
Rm 311
Indianapolis, IN 46204

Douglass R. Bitner
Stoll Keenon Ogden PLLC
doug.bitner@skofirm.com